# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **VINCE GIAMBATTISTA,**<br><br>                 Plaintiff,<br><br>    vs.<br><br>**ASSET ACCEPTANCE, LLC, and DOES 1-10, inclusive;**<br><br>                 **Defendants.** | **8:14CV153**<br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on the Parties' Stipulation of Dismissal (Filing No. 16). The Stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action should be dismissed in its entirety with prejudice and without costs to any party. Accordingly,

IT IS OREDERED:

1. The Parties' Stipulation of Dismissal (Filing No. 16) is approved;

2. The above-captioned action is dismissed in its entirety with prejudice; and

3. The Court will not assess costs and attorney's fees.

Dated this 8th day of October, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge